# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>MELODY SANDERS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05697<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MELODY SANDERS the above process on the 3 day of January, 2017, at 3:13 o'clock, PM, at 4714 N 13TH STREET PHILADELPHIA, PA 19141, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _51-55_  Height _5'6_  Weight _170_  Race _BLACK_  Sex _FEMALE_  Hair _BLACK_
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__         )
                                      ) SS:
County of __Berks__                  )

Before me, the undersigned notary public, this day, personally appeared ___D'Wayne Henriksson___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158087
Case ID #: 4773689

Subscribed and sworn to before me this __5__ day of __Jan__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
**NOTARIAL SEAL**
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017