

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                        Plaintiff <br><br> v. <br><br> MELODY SANDERS, <br>                        Defendant | No. 16-05697 |

FILED
JAN 3 1 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### DEFAULT JUDGMENT

AND NOW, this 31st day of January, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, November 01, 2016 and, after due service of process on Defendant, MELODY SANDERS, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MELODY SANDERS, in the amount of $2,515.84. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 1/31/17

                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania

                              By: _____
                                        Deputy Clerk